```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF SOUTH CAROLINA
           ANDERSON DIVISION
```

**FILED**

APR 2 6 2004

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | |
|---|---|
| Nancy Wiley, ) | |
| ) | C.A. No.: 8:03-2978-24AK |
| Plaintiff, ) | |
| ) | **CONSENT ORDER GRANTING** |
| vs. ) | **EXTENSION OF TIME TO RESPOND TO** |
| ) | **MOTION** |
| Carolina Auto Auction, Inc. and ) | |
| Strategic Outsourcing, Inc., ) | |
| ) | |
| Defendant. | |

This matter is before the Court upon the consent motion of the parties to allow the Plaintiff and Carolina Auto Auction ("CAA") a two week extension of time in which to file materials in response to the Motion to Dismiss and Petition to Compel Arbitration and Stay Proceedings filed by Defendant Strategic Outsourcing, Inc. The parties are currently negotiating a final draft of an Arbitration Agreement and Consent Order staying the matter, and believe they can resolve the motion in the next few weeks. All counsel consent to the motion. Good cause having been shown it is hereby

ORDERED that the Plaintiff and Defendant CAA shall have two weeks from the date of this Order in which to file materials in response to the above motion.

IT IS SO ORDERED.

_____
The Honorable William M. Catoe, Jr.
U.S. Magistrate Judge
United States District Court

Dated: _April 26_, 2003

WE CONSENT:

_____
H. Bernard Tisdale, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart
P.O. Box 2757
Greenville, SC 29602
ATTORNEY FOR STRATEGIC OUTSOURCING, INC.

911777

36

*/s/ Nancy H. Robinson*
_____
Nancy Hyder Robinson (Fed. I.D. No. 3515)
LEATHERWOOD WALKER TODD & MANN, P.C.
P.O. Box 87
Greenville, SC 29602
ATTORNEY FOR DEFENDANT CAROLINA AUTO AUCTION, INC.

*/s/ Candy M. Kern-Fuller*
_____
Candy M. Kern-Fuller, Esq. (Fed. I.D. # 9149)
Foster Law Firm, LLP
601 E. McBee Avenue
Greenville, SC 29601
ATTORNEY FOR PLAINTIFF