FILED
JUN 28 2004
LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| Nancy Wiley, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Carolina Auto Auction, Inc., and ) <br> Strategic Outsourcing, Inc., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:03-2978-26AK <br><br> **O R D E R** |

This matter is before the court on motion of defendant Strategic Outsourcing, Inc. ("SOI"), to stay that portion of this litigation pertaining to the plaintiff's action against Carolina Auto Auction, Inc. ("CAA") and SOI for the purpose of submitting that dispute to binding arbitration. The parties have agree to stay this litigation to submit this case to binding arbitration.

Now, therefore,

IT IS ORDERED that this action is stayed pending a petition by one or more of the parties to reopen the case. Arbitration must take place within a reasonable period of time.

IT IS SO ORDERED.

/s/ William M. Catoe

WILLIAM M. CATOE
UNITED STATES MAGISTRATE JUDGE

June _____, 2004

Greenville, South Carolina

38

WE SO MOVE:

_____ Date: 6/4/04
H. Bernard Tisdale III (#5017)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602
(864) 271-1300
Fax: 864-235-4754

Attorney for Defendant, Strategic Outsourcing, Inc.


WE CONSENT:

_____ Date: June 1, 2004
Nancy H. Robinson (#3515)
Leatherwood, Walker, Todd & Mann, P.C.
Post Office Box 87
Greenville, SC 29602-0087
(864) 240-2491
Fax: (864) 240-2479

Attorney for Defendant, Carolina Auto Auction, Inc.

WE CONSENT:

_____ Date: 6/14/2004
Candy M. Kern-Fuller (#9149)
Foster Law Firm
601 East McBee Avenue
Suite 104
Greenville, SC 29601
(864) 242-6200
Fax: (864) 233-0290

Attorney for Plaintiff, Nancy Wiley